No. 04–8587.  HOWELL *v.* BROWN.  C. A. 9th Cir.  Certiorari denied.

No. 04–8588.  HUNT *v.* PAUL ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 04–8596.  SHAW *v.* HARRIS, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 04–8608.  GENTRY *v.* BUTLER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–8610.  FAME *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist., Div. 1.  Certiorari denied.

No. 04–8612.  HINNANT *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 04–8613.  SLAGLE *v.* BAGLEY, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 04–8615.  RATCLIFF *v.* POLK COUNTY TITLE, INC., ET AL.  Ct. App. Tex., 9th Dist.  Certiorari denied.

No. 04–8618.  RUTHERFORD *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 04–8620.  WILLIAMS *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 04–8621.  WILCOX *v.* KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 04–8626.  ROSE *v.* THOMAS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 04–8628.  BROWN *v.* FINZEL ET AL.  Ct. App. D. C.  Certiorari denied.

No. 04–8630.  ALDRIDGE *v.* KENTUCKY.  Ct. App. Ky.  Certiorari denied.

No. 04–8635.  MARTIN *v.* JACKSON, WARDEN.  C. A. 6th Cir.  Certiorari denied.